FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY 21  PM 2:25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRENCE L. GRAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1645** |
| **CATAHOULA CORRECTIONAL CENTER, ET AL.** | **SECTION "F"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Terrence L. Gray is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this __21ST__ day of __MAY__, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____